NUMBER 13-01-657-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


OTECO, INC. , Appellant,


v.


MARIO ALONSO SAENZ , Appellee.

____________________________________________________________________

On appeal from the 93rd District Court

of Hidalgo County, Texas.

____________________________________________________________________

O P I N I O N

Before Justices Dorsey, Yañez, and Rodriguez

Opinion Per Curiam



Appellant, OTECO, INC. , perfected an appeal from an order entered by the 93rd District Court of Hidalgo County, Texas,
in cause number C-5826-99B . After the notice of appeal was filed, appellant and appellee filed a joint motion to dismiss
the appeal. In the motion, the parties state that this case has been resolved and appellant no longer wishes to prosecute this
appeal. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of September, 2001 .